395 A.2d 975

Commonwealth, Appellant, v. Wiesner.

Argued September 13, 1978. Robert F. Banks, First Assistant District Attorney, for Commonwealth, appellant; Gregory V. Smith, Assistant Public Defender, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.